# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Kenneth Dale Matthews, | ) | Case No. 1:16-cr-134 |
| Defendant. | ) | |

The court appointed Assistant Federal Public Defender Ryan Costello as defense counsel at defendant's initial appearance and arraignment on July 15, 2016. Defendant has now retained attorney Scott Hager, who filed a notice of appearance on October 18, 2016. Accordingly, the court **GRANTS** Assistant Federal Public Defender Ryan Costello leave to withdraw. Attorney Scott Hager shall be substituted as defense counsel of record.

**IT IS SO ORDERED.**

Dated this 19th day of October, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court